IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RANDY CHANHMANY,<br><br>Defendant. | MEMORANDUM DECISION AND ORDER DENYING DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE<br><br><br>Case No. 2:09-CR-251 TS |

This matter is before the Court on Defendant's Motion fo Early Termination of Supervised Release. For the reasons discussed below, the Court will deny Defendant's Motion.

I. BACKGROUND

On April 29, 2009, Defendant and his co-defendant were charged with two counts of sex trafficking in violation of 18 U.S.C. § 1591(a)(1). A Felony Information was later filed charging Defendant with conspiracy to commit sex trafficking in violation of 18 U.S.C. § 371. On January 26, 2010, Defendant pleaded guilty to that charge. On July 13, 2010, Defendant was sentenced to 10 months imprisonment, to be followed by 36 months of supervised relase.

1

## II. DISCUSSION

18 U.S.C. § 3583(e) permits the Court to terminate supervised release at any time after a defendant has completed at least one year of supervised release, but prior to completion of the entire term, if the Court is satisfied that such action is (1) warranted by the conduct of an offender and (2) is in the interest of justice. In making this determination, the Court is directed to consider the factors set forth in 18 U.S.C. § 3553(a), to the extent they are applicable.

Considering these factors, especially the nature and circumstances of the offense, the Court finds that early termination of supervised release is not appropriate in this case. While the Court is encouraged by the progress that Defendant has made while on supervision, the Court believes that further supervision will be of assistance.

## III. CONCLUSION

It is therefore

ORDERED that Defendant's Motion for Early Termination of Supervised Release (Docket No. 107) is DENIED.

DATED   August 12, 2013.

BY THE COURT:

_____
TED STEWART
United States District Judge